IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| McKENZIE JONES, | Case No. 1:24-cv-3911 |
| Plaintiff, | Hon. Robert W. Gettleman |
| vs. | Magistrate Judge Young B. Kim |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

**PLAINTIFF'S RULE 52 MOTION FOR ENTRY OF JUDGMENT**

Now comes Plaintiff, McKENZIE JONES, by and through his undersigned attorney, pursuant to Federal Rule of Civil Procedure 52, moves for entry of judgment in his favor and against Defendant. In support thereof, Plaintiff submits Plaintiff's Proposed Findings of Fact (Dkt. No. 26) and Memorandum of Law (Dkt. No. 27).

The Court should grant Plaintiff's Motion for Entry of Judgment and award him past due disability benefits, prejudgment interest payable thereon, and a declaratory judgment clarifying his right to future benefits, so long as he meets the policy's terms and conditions. 29 U.S.C. § 1132(a)(1)(B). Plaintiff seeks benefits due to him since June 8, 2023 through the date of the judgment, or May 23, 2025, whichever occurs sooner, as the definition of disability in the insurance policy changes to a "gainful occupation" definition effective May 24, 2025. (Dkt. No.26, Plaintiff's Proposed Findings of Fact, ¶¶ 6, 137). The past due benefits accrue at the rate of $1,976.00 per month. (Dkt. No.26, Plaintiff's Proposed Findings of Fact, ¶ 13). In addition, Plaintiff seeks pre-judgment interest on the past due benefits at the current prime rate. Though Plaintiff sought attorney's fees and costs under 29 U.S.C. § 1132(g) in the Complaint (Dkt. No. 1

at 4), Plaintiff reserves addressing that claim until after a decision on the merits, and pursuant to the procedures of Local Rule 54.3.

WHEREFORE, Plaintiff prays judgment be entered on her behalf, and the Court enter and Order that:

A. Defendant must pay Plaintiff $1,976.00 per month dating back to June 8, 2023, through the date of judgment, or May 23, 2025, whichever occurs sooner;

B. Defendant must pay Plaintiff prejudgment interest at the current prime rate on all past due benefits;

C. Plaintiff shall remain entitled to long-term disability benefits in the amount of $1,976.00 per month so long as he remains disabled from his Regular Occupation under the terms of the group insurance policy and certificate of insurance through May 23, 2025;

D. The matter is remanded to Defendant to render a prompt decision regarding whether Plaintiff is disabled from any gainful occupation as of May 24, 2025 and thereafter.

Respectfully Submitted,

/s/ Michael Bartolic
Michael Bartolic
Bartolic Law
180 W. Washington St. Suite 700
Chicago, Illinois 60602
Tel: (312) 635-0948
michael@bartoliclaw.com