IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| McKENZIE JONES, | Case No. 1:24-cv-3911 |
| Plaintiff, | Hon. Robert W. Gettleman |
| vs. | Magistrate Judge Young B. Kim |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

**PLAINTIFF'S RULE 52 MOTION FOR ENTRY OF JUDGMENT**

Now comes Plaintiff, McKENZIE JONES, by and through his undersigned attorney, pursuant to Federal Rule of Civil Procedure 52, moves for entry of judgment in his favor and against Defendant. In support thereof, Plaintiff submits his Memorandum of Law (Dkt. No. 39) and cites to the Stipulation of Uncontested Facts (Dkt. No. 36) and Stipulation of Contested Facts. (Dkt. No. 37).

The Court should grant Plaintiff's Motion for Entry of Judgment and award him past due disability benefits and prejudgment interest payable thereon. 29 U.S.C. § 1132(a)(1)(B). Plaintiff seeks benefits due to him since June 8, 2023 through May 23, 2025, as the definition of disability in the insurance policy changes to a "gainful occupation" definition effective May 24, 2025. (Dkt. No.36, Stipulation of Contested Facts (hereinafter "SUF"), ¶¶ 3, 13, 88). The past due benefits accrue at the rate of $1,976.00 per month. (SUF ¶ 12). For the time period of June 8, 2023 through May 23, 2025, there are $46,453.00 in past due benefits. In addition, Plaintiff seeks pre-judgment interest on the past due benefits at the current prime rate, to be determined after judgment by submission of a judgment order. Though Plaintiff sought attorney's fees and costs

under 29 U.S.C. § 1132(g) in the Complaint (Dkt. No. 1 at 4), Plaintiff reserves addressing that claim until after a decision on the merits, and pursuant to the procedures of Local Rule 54.3.

WHEREFORE, Plaintiff prays judgment be entered on her behalf, and the Court enter and Order that:

A. Defendant must pay Plaintiff $46,453.00 for the time period June 8, 2023 through May 23, 2025;

B. Defendant must pay Plaintiff prejudgment interest at the current prime rate on the past due benefits; and

C. The matter is remanded to Defendant to render a prompt decision regarding whether Plaintiff is disabled from any gainful occupation as of May 24, 2025 and thereafter.

Respectfully Submitted,

/s/ Michael Bartolic
Michael Bartolic
Bartolic Law
180 W. Washington St. Suite 700
Chicago, Illinois 60602
Tel: (312) 635-0948
michael@bartoliclaw.com