**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **McKENZIE JONES** | ) | |
| | ) | **Case No. 1:24-cv-03911** |
| *Plaintiff* | ) | |
| | ) | **Judge Robert W. Gettleman** |
| *v.* | ) | |
| | ) | **Magistrate Judge Young B. Kim** |
| **UNUM LIFE INSURANCE COMPANY** | ) | |
| **OF AMERICA** | ) | |
| | ) | |
| *Defendant* | ) | |

**UNUM LIFE INSURANCE COMPANY OF AMERICA'S
<u>MOTION FOR JUDGMENT</u>**

Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum Life"), by its attorney, Jacqueline J. Herring of Hinshaw & Culbertson LLP, submits its Motion for Judgment on the Administrative Record, pursuant to Fed. R. Civ. P. 52(a) and the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 *et seq*. ("ERISA"):

1.      Plaintiff, in his Complaint, seeks payment of long term disability benefits under an employee welfare benefit plan ("Plan") insured by Unum Life and governed by ERISA.  The parties agreed to adjudicate this case under Fed. R. Civ. P. 52(a), applying ERISA's *de novo* standard of judicial review.

2.       Plaintiff failed to satisfy his burden of proving entitlement to benefits under the Plan.  Plaintiff failed to establish that he was unable to perform the duties of his regular occupation.  Plaintiff further failed to establish that he was under the regular care of a physician as required by the Plan in order to be considered disabled.  For each of these independent reasons, no Plan benefits are payable and judgment should be entered for Unum and against Plaintiff.

WHEREFORE, Defendant Unum Life Insurance Company of America respectfully requests entry of judgment in its favor and against Plaintiff on all claims in Plaintiff's Complaint, dismissal of Plaintiff's Complaint with prejudice, and an award to Unum Life of its costs and attorneys' fees pursuant to the Federal Rules of Civil Procedure and 29 U.S.C. §1132(g).

Respectfully submitted,

Jacqueline J. Herring (IL-6282246)
HINSHAW & CULBERTSON LLP
151 North Franklin St., Suite 2500
Chicago, Illinois 60606
P  312.704.3975  | F  312.704.3001
JHerring@hinshawlaw.com

By: _/s/ Jacqueline J. Herring_
Attorney for Defendant,
Unum Life Insurance Company of America

## CERTIFICATE OF SERVICE

I certify that on July 7, 2025, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on the following attorney:

Michael Bartolic
Bartolic Law
180 West Washington Street, Suite 700
Chicago, Illinois 60602
michael@bartoliclaw.com

*/s/ Jacqueline J. Herring*
HINSHAW & CULBERTSON LLP
151 North Franklin St., Suite 2500
Chicago, Illinois 60606
P 312.704.3975 | F 312.704.3001
jherring@hinshawlaw.com
Ill. Bar No. 6282246